# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MIREYA B. HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC. and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV08-07980 R (SHx)<br><br>Related Group Control No.<br>CV 08-7264-ODW(VBKx)<br><br>**JUDGMENT AWARDING RECONTRUST COMPANY, N.A. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.**<br><br>[Assigned for all purposes to Hon. Manuel L. Real]<br>Dept. 8 |
| In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | |

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS399790.1

(PROPOSED) JUDGMENT

1   On March 30, 2009, this Court ordered M.W. Roth PLC and/or attorney
2  Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by
3  Defendants in defending this action.  (Document No. 25.)
4   After consideration of the declaration submitted by counsel regarding the
5  amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of
6  ReconTrust Company, N.A. and Countrywide Home Loans, Inc. and against M.W.
7  Roth, PLC and/or Mitchell W. Roth, Esq., jointly and severally, in the amount of
8  $5,731.05.
9   IT IS SO ORDERED.

Dated:  April 6, 2009

_____
Manuel L. Real, District Court Judge
United States District Court
Central District of California